**Appeal Dismissed and Memorandum Opinion filed October 5, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00497-CV

_____

## HAASH HOLDINGS, LLC; AZHAR M. CHAUDHARY; AND AZHAR CHAUDHARY LAW FIRM, PC, Appellants

### V.

## FORT BEND COUNTY, Appellee

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 21-DCV-289124**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed on April 6, 2023. The notice of appeal was filed July 14, 2023. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs). Moreover, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal indicated to

the court appellants did not make arrangements to pay for the record.

On July 31, 2023, appellants were instructed to pay the appellate filing fee on or before August 10, 2023 or the appeal would be subject to dismissal without further notice. In addition, on August 11, 2023, notification was transmitted to appellants that the appeal was subject to dismissal without further notice unless, within fifteen days, appellants made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellants did not provide any response to any of those notices.

On September 7, 2023, appellants were ordered to pay the filing fee and demonstrate they had made arrangements to pay for the clerk's record on or before September 18, 2023. *See* Tex. R. App. P. 4.1(a). In the order, the court notified appellants that failure to comply with either of those requirements would leave the appeal subject to dismissal without further notice for want of prosecution.

Appellants have not paid the appellate filing fee, they have not provided this court with proof of payment for the record, nor have they otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.